# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  HOLLY M. COMERFORD  
1006 PINE STREET  
FOX RIVER GROVE, IL  60021  

SSN-xxx-xx-5183

Case Number: 06-72227

Case filed on: 11/27/2006  
Plan Confirmed on: 4/6/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,180.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JOHN H REDFIELD | 3,274.00 | 3,274.00 | 1,024.23 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 1,024.23 | 0.00 |
| 005 | ANCHOR RECEIVABLES MGT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIGY SERVICES CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FRANKS, GERKIN & MCKENNA, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NAFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | OCWEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | HOLLY M. COMERFORD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK | 6,980.14 | 1,742.19 | 1,742.19 | 225.81 |
| 002 | UNITED MORTGAGE & LOAN INVESTMENT LLC | 3,633.01 | 3,633.00 | 0.00 | 0.00 |
| 003 | UNITED MORTGAGE & LOAN INVESTMENT LLC | 14,801.13 | 14,801.13 | 0.00 | 0.00 |
|  | Total Secured | 25,414.28 | 20,176.32 | 1,742.19 | 225.81 |
| 001 | JP MORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVOCATE GOOD SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA MEMORIAL MEDICAL CENTER | 541.00 | 541.00 | 0.00 | 0.00 |
| 008 | CERTIFIED SERVICES INC | 350.50 | 350.50 | 0.00 | 0.00 |
| 009 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CLEARCHECK | 39.38 | 39.38 | 0.00 | 0.00 |
| 011 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HEIGHTS FINANCE CORPORATION | 3,821.09 | 3,821.09 | 0.00 | 0.00 |
| 017 | HELLER & FRISONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MCHENRY COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MEDICAL RECOVERY SPECIALISTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PAMPERED CHEF | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | TRI-COUNTY EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WASTE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WELLINGTON RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NORTHERN ILLINOIS MEDICAL CENTER | 123.50 | 123.50 | 0.00 | 0.00 |
| 031 | PORTFOLIO RECOVERY ASSOCIATES | 839.62 | 839.62 | 0.00 | 0.00 |
|  | Total Unsecured | 5,715.09 | 5,715.09 | 0.00 | 0.00 |
|  | Grand Total: | 34,403.37 | 29,165.41 | 2,766.42 | 225.81 |

Total Paid Claimant:   $2,992.23  
Trustee Allowance:     $187.77  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                By  /s/Heather M. Fagan